# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2015

Robert P. Young, Jr.,
Chief Justice

150582-7 & (70)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

MORGAN T. FISHER,
        Plaintiff-Appellant,

v

JORDI LLORE JUSTRIBO,
        Defendant-Appellee.

SC: 150582-7
COA: 314802; 315214; 315622;
      316073; 317059; 317359
Leelanau CC: 2009-008198-DM

_____/

      On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs or fees to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2015

